JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ALI JAHAL BADRAN,

                Petitioner,

     v.

J. JOHNSON, *et al.*,

                Respondents.

Case No. 5:26-cv-03645-FLA (SK)

**JUDGMENT**

Pursuant to the court's Order Granting Petitioner Ali Jahal Badran's ("Petitioner," A# 039-113-436) Unopposed Petition for Writ of *Habeas Corpus* ("Petition," Dkt. 1), IT IS ORDERED AND ADJUDGED that the Petition (Dkt. 1) is GRANTED and Judgment is ENTERED in Petitioner's favor.

Dated: July 10, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1